IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIA GUESBY, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>BERT NASH COMMUNITY MENTAL )<br>HEALTH CENTER, INC., )<br>)<br>Defendant. ) | Case No. 22-2370-DDC-TJJ |

**SUPPLEMENTAL JOINT NOTICE OF MEDIATION**

Plaintiff and Defendant submit the following Joint Notice of Mediation in accordance with this Court's Scheduling Order (ECF No. 15) entered March 31, 2023.

The parties have agreed to mediate with Larry Rute, Associates in Dispute Resolution, LLC, 212 SW 8th Avenue, Topeka, Kansas 66603.

The mediation is presently scheduled to begin at 9:30 a.m. on August 2, 2023, and will be conducted by videoconference.

Respectfully submitted,

| | |
|---|---|
| s/ *Pantaleon Florez, Jr.* | s/ *Gregory P. Goheen* |
| Pantaleon Florez, Jr., #10889 | Gregory P. Goheen, # 16291 |
| FLOREZ LAW | MCANANY, VAN CLEAVE & PHILLIPS, P.A. |
| 933 S. Kansas Avenue | 10 East Cambridge Circle Drive, Suite 300 |
| Topeka, Kansas 66612 | Kansas City, Kansas 66103 |
| (785) 234-6699 Facsimile: (785) 234-6650 | (913) 371-3838   Facsimile: (913) 371-4722 |
| florezlaw@gmail.com | ggoheen@mvplaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |