IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TIA GUESBY,

       Plaintiff,

v.

BERT NASH COMMUNITY MENTAL
HEALTH CENTER, INC.,

       Defendant.

Case No. 22-2370-DDC-TJJ

## ORDER

The parties have notified the court that they have settled and compromised the claims in this lawsuit.

**IT IS THEREFORE ORDERED** that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for entry of any stipulation or order, or for any other purpose required to reach a final determination of the litigation. On or before **September 7, 2023,** the parties shall file a stipulation of dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If the court does not receive a stipulation within the specified time and the parties have not reopened the case for the purposes of reaching a final determination, then this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

       **IT IS SO ORDERED.**

       Dated this 8th day of August, 2023, at Kansas City, Kansas.

       s/ Daniel D. Crabtree
       **Daniel D. Crabtree**
       **United States District Judge**